## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL S. MILEY,                    }
a/k/a MICHAEL S. MILLER,             }
                 Plaintiff,    }
                               }   No. 04-365 Erie
       vs.                        }   Judge McLaughlin
                               }   Magistrate Judge Baxter
KARLA WEBB, Counselor;               }
BENJAMIN MARTINEZ, Chairman;         }
and PENNSYLVANIA BOARD OF            }
PAROLE AND PROBATION,                }
                               }
             Defendants.    }

## MOTION FOR ENLARGEMENT OF TIME

AND NOW, come the defendants, Webb, Martinez and the Pennsylvania Board of Parole and Probation (hereinafter "the Commonwealth Defendants"), by their attorneys, Thomas W. Corbett, Jr., Attorney General; Scott A. Bradley, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and move for an enlargement of time within which to answer the instant Complaint:

1. Plaintiff filed this action asserting civil rights claims against his Counselor, Webb, as well as the Pennsylvania Board of Parole and Probation ("the Board") and its Chairman, Martinez. Particularly, Plaintiff alleges that the requirement that he participate in a sex offender treatment program pursuant to a Pennsylvania statute (42 Pa. C.S. § 9718.1) violates the *ex post facto* Clause of the United States Constitution.

2. The Commonwealth Defendants waived service of the Complaint and, accordingly, their answer or other response to the Complaint was due on or before June 24, 2005.

3.  Undersigned counsel for the Commonwealth Defendants is in the process of obtaining and reviewing documents and other information necessary to address Plaintiff's claims.

4.  Consequently, additional time is yet required to answer or otherwise respond to the allegations made against the Commonwealth Defendants in Plaintiff's Complaint.

WHEREFORE, the Commonwealth Defendants respectfully request an enlargement of time of thirty (30) days, or until July 24, 2005, within which to answer or otherwise respond to the Complaint in this matter.

Respectfully submitted,

THOMAS W. CORBETT, JR
Attorney General

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-3586
Fax:    (412) 565-3019

Scott A. Bradley
Senior Deputy Attorney General
Attorney I.D. No. 44627

Susan J. Forney
Chief Deputy Attorney General

Date:  June 30, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL S. MILEY,                         }
a/k/a MICHAEL S. MILLER,                  }
              Plaintiff,   }
                                   }   No. 04-365 Erie
          vs.                        }   Judge McLaughlin
                                   }   Magistrate Judge Baxter
KARLA WEBB, Counselor;                    }
BENJAMIN MARTINEZ, Chairman;             }
and PENNSYLVANIA BOARD OF                 }
PAROLE AND PROBATION,                     }
                                   }
             Defendants.   }

## CERTIFICATE OF SERVICE

     I, Scott A. Bradley, Deputy Attorney General for the Commonwealth of Pennsylvania,

Office of Attorney General, hereby certify that on June 30, 2005, I caused to be served a true and

correct copy of the foregoing document titled **Motion for Enlargement of Time** by First Class

Mail to the following:

    Michael Miley, EM-5931
    State Correctional Institution
     at Albion
    10745 Route 18
    Albion, PA 16475-0002

                                           **Scott A. Bradley**
                                         Senior Deputy Attorney General



COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

June 30, 2005

**TOM CORBETT**
ATTORNEY GENERAL

Litigation Section
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-3586
Fax:    (412) 565-3019

Clerk's Office
United States District Court
 for the Western District
 of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania   16507

Re:    <u>Miley vs. Webb, et al.</u>,
       No. 04-365 Erie

Dear Clerk:

Please file the enclosed **Motion for Enlargement of Time** on behalf of the
Commonwealth Defendants in the above-captioned case.

Sincerely yours,

Scott A. Bradley
Senior Deputy Attorney General

SAB:pm
Enclosure

cc:    Michael Miley, EM-5931