IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL S. MILEY,                          }
a/k/a MICHAEL S. MILLER,                   }
                            Plaintiff,     }
                                           }   No. 04-365 Erie
            vs.                            }   Judge McLaughlin
                                           }   Magistrate Judge Baxter
                                           }
KARLA WEBB, Counselor;                     }
BENJAMIN MARTINEZ, Chairman;               }
and PENNSYLVANIA BOARD OF                  }
PAROLE AND PROBATION,                      }
                                           }
                            Defendants.    }

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the

Defendants' Motion for Enlargement of Time heretofore filed, **IT IS HEREBY ORDERED** that

said Motion is **GRANTED**. The Defendants have until July 24, 2005, within which to answer or

otherwise respond to the Complaint in this matter.

                                        BY THE COURT:


                                        _____
                                        Susan Paradise Baxter, M.J.


cc:    Michael Miley, EM-5931

       Scott A. Bradley, SDAG