IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL S. MILEY,<br>a/k/a MICHAEL S. MILLER,<br>                  Plaintiff,<br><br>vs.<br><br>KARLA WEBB, Counselor;<br>BENJAMIN MARTINEZ, Chairman;<br>and PENNSYLVANIA BOARD OF<br>PAROLE AND PROBATION,<br><br>                  Defendants. | No. 04-365 Erie<br>Judge McLaughlin<br>Magistrate Judge Baxter |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Defendants' Motion for Enlargement of Time heretofore filed, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Defendants have until July 24, 2005, within which to answer or otherwise respond to the Complaint in this matter.

BY THE COURT:

_____
Susan Paradise Baxter, M.J.

cc:    Michael Miley, EM-5931

        Scott A. Bradley, SDAG