**EXHIBIT 1**

| 1. Docket Number of Final Issuing Authority | 2. Common Pleas Docket Number | 3. State Identification Number | |
|---|---|---|---|
| CR-0000117-00 | 253 of 2000 | 7/11/2000 | OTN H 055874-0 |

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | DISTRICT NO. | 5. Transferred from Initial Issuing Authority | DISTRICT NO. |
|---|---|---|---|
| JAMES R. MOYER, JR. | 41 3 03 | | |

**6. Name and Address (Last Name First)**
DEFENDANT
MILEY, MICHAEL LEE
P.O. BOX 33 APT#32
7-9 N. MARKET STREET
DUNCANNON, PA 17020

**7. Date of Transfer**

**8. Docket No. of Initial Issuing Authority**
CR-0000117-00

**9. Affiant Who Signed Complaint (Name and Address)**
CHIEF GARY E. DERR, II
DUNCANNON BORO POLICE DEPT.
428 N. HIGH STREET
DUNCANNON, PA 17020

| 10. Date of Birth | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| 06 11 76 | M | W | 24986653 | PA | PA0500200 | | D14 |

| 18. Date of Arrest | 19. Date Complaint Filed or Citation Issued or Filed | 20. Summons Date Issued | 21. Warrant | 22. Summons Returned | 23. Preliminary Arraignment Date | 24. Time | 25. Date Waived to Court |
|---|---|---|---|---|---|---|---|
| 06 28 00 | 06 28 00 | | | | 06 28 00 | 3:05P | 07 07 00 |

| 26. Prelim.Hear./Sum.Trial 27. Address of Preliminary Hearing/Summary Trial | 32. Date Set For Preliminary Hearing | 33. CONT. |
|---|---|---|
| 17 CHERRY STREET, DUNCANNON, PA 17020 | | |

| | 28. Description of Charges | Off. Char | Grading | 29. Offense Date MM DD YY | 30. Section and Subsection | 31. Disposition | MM DD YY |
|---|---|---|---|---|---|---|---|
| 1 A | STATUTORY SEXUAL ASSAULT | | F2 | 06 22 00 | CC3122.1 | WAV | 07 07 00 |
| 2 B | IDSI PERSON LESS THAN 16 YRS AGE | | F1 | 06 22 00 | CC3123A7 | WD | |
| 3 C | AGGRAV INDEC ASSLT/PERSON LESS 16 YR | | F2 | 06 22 00 | CC3125-8 | WAV | |
| 4 D | IND ASSLT PERSON LESS 16 YRS AGE | | M2 | 06 22 00 | CC3126A8 | WAV | |
| 5 | | | | | | | |
| 6 | | | | | | | |

| 34. Advised of His Right to Apply for Assignment of Counsel? | Yes X  No | 35. Public Defender Requested by the Defendant? | Yes X  No | 36. Application Provided for Appointment of Public Defender? | Yes X  No | 37. In cases where so required, I the within named Issuing Authority, did make a reasonable effort to settle the difference between the Defendant and the Complainant on: | MM DD YY |
|---|---|---|---|---|---|---|---|

| 38. Codefendant(s) Name | 39. OTN | 38. Codefendant(s) Name | 39. OTN |
|---|---|---|---|
| a | a | c | c |
| b | b | d | d |

| 40. Enter 'C' for witness for Complainant- Enter 'D' for Witness for Defendant | 41. Witnesses Names and Addresses and Names and Addresses of persons (not more than 2), Defendant wishes to be Notified for trial | 42. Sworn | 43. Testified | 44. Defense Person to be notified |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Attorney's Name and Address for:**

| 45. Commonwealth | | 48. I.D. No. |
|---|---|---|
| 46. Complainant | | |
| 47. Defendant | WALZ, III, ESQ., SHABUT C  341 MARKET ST.,  NEWPORT, PA 17074 | Private   Other X  15277 |

| 49. Date of Decision MM DD YY | 50. Fines Amount | 51. Costs | 52. Judgment of Sentence | |
|---|---|---|---|---|
| | $ .00 | $ .00 | | BAL: $ .00 |

**Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment**

| Bail at Preliminary Arraignment | | | | 56. Date Bail Posted |
|---|---|---|---|---|
| 53. Type 54. Amount  $ . | 55. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | | MM DD YY |

**Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing**

| Current Bail/Bail at Preliminary Hearing | | | | 60. Date Bail Posted |
|---|---|---|---|---|
| 57. Type 58. Amount  $ . | 59. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | | MM DD YY |

| 61. If Committed Date | 62. Code | 63. Place of Commitment | | | |
|---|---|---|---|---|---|
| 06 28 00 | C | PERRY COUNTY PRISON | NEW BLOOMFIELD | PA |

**COPY: CLERK OF COURTS**



| 64. Date Transcript Sent to Court |
|---|
| MM 07 DD 07 YY 00 |

PRINTED:     7/07/00 13:01:34

Certified this ___7th___ day of ___July___, ___2000___

My commission expires first Monday of January, 2006 .     SEAL

I, the above named Issuing Authority certify that this Transcript is a true and correct Transcript of the Docket.

(admitted — PRE HONORABLE ... PERRY CO ... '00 JUN 11)

**EXHIBIT 2**

COMMONWEALTH                 :IN THE COURT OF COMMON PLEAS
                              :OF THE 41ST JUDICIAL DISTRICT
      V.                    :OF PENNSYLVANIA-
                              :PERRY COUNTY BRANCH
MICHAEL L. MILEY            :NO. 253 of 2000

## O R D E R

AND NOW, December 1, 2000, the defendant having appeared with his counsel, Mr. Walz, and having tendered a guilty plea to one (1) count of Aggravated Indecent Assault, a felony of the second degree in full satisfaction of all counts in the Information, the plea is accepted and sentence deferred pending a pre-sentence report.

BY THE COURT,

KEITH B. QUIGLEY, P.J.

cc:  DA
    S. C. Walz, III, Esq.
    Probation
    Chief Derr, DPD
    File

**EXHIBIT 3**

BOARD OF PROBATION AND PAROLE

*** SENTENCE PROFILE ***

REPORT DATE 10 31, 2002

Name    MILEY MICHAEL LEE          Inst : SCIAL                    SID:  24062821

Parole #987BV                      Inst #: EM5931                  PRO:

| | SENT DATE | # TERM, COUNT, IND | TYPE | MINIMUM YY MM DD | MAXIMUM YY MM DD | OFFENSE / OTN# |
|---|---|---|---|---|---|---|
| A | 01/11/2001 | CP 000700253 | CC | 03 00 00 | 10 00 00 | AGG IND ASLT M0558740 |

| | LETTER DATE\ JUDGE NAME - COUNTY | TOTAL TIME MINIMUM YY MM DD | MAXIMUM YY MM DD | EFF DATE | MIN DATE | MAX DATE |
|---|---|---|---|---|---|---|
| A | 10/31/2002 C. JOSEPH REHLKAMP    PERRY | 03 00 00 | 10 00 00 | 06/28/2000 | 06/28/2003 | 06/28/2010 |

**EXHIBIT 4**

M 3/03

| **DC-16E**<br>**SENTENCE STATUS SUMMARY** | **COMMONWEALTH OF PENNSYLVANIA**<br>**DEPARTMENT OF CORRECTIONS** |
|---|---|

## 1. REFERENCES AND IDENTIFICATION

| DOC Number<br>EM5931 | Commitment Name<br>MICHAEL LEE MILEY | | PBPP No | SID No<br>24062821 | FBI Number<br>50732DB3 | Phila Photo # |
|---|---|---|---|---|---|---|
| Date of Birth<br>06/11/1976 | Place of Birth<br>HARRISBURG   PA   USA | | | | Race<br>W | Sex<br>M |

## 2. SENTENCE SUMMARY

| Sent<br>Date | County | Indictments | | Sent<br>Type | Minimum | | | Maximum | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Y | M | D | Y | M | D |
| 01/11/2001 | PERRY | CP253/0700 | | | 3 | | | 10 | | |
| **Plea:** | Guilty | **OTN:** M0558740 | **Judge:** C. JOSEPH REHKAMP | | | | | | | |
| Offenses | AGGRAVATED INDECENT ASSAULT | | | | | | | | | |

| **Controlling Minimum Date** | 06/28/2003 | | Reentered from Previous DOC#: | |
|---|---|---|---|---|
| **Controlling Maximum Date** | 06/28/2010 | | **New Maximum - PV** | |

---

**Non-incarcerated Offenses**
Comments:


**Summary or Remarks on Sentence**
DC-16E VERSION 2 CREATED ON 12/31/02 TO REMOVE DETAINERS.  NO OTHER CHANGES MADE.

RECEIVED
Pa. Board of Probation
& Parole

JAN 0 2 2003  ▷

SCI-ALBION

## 3. SENTENCE STRUCTURE

**Commitment Credit**
06/28/00 TO 01/11/01

| Item | Computation 1 | Computation 2 | —— | —— |
|------|---------------|---------------|-----|-----|
| Indictments Included | CP253/0700 | | | |
| Effective Date | 06/28/00 | | | |
| Expiration of Minimum | 06/28/03 | | | |
| Expiration of Maximum | 06/28/10 | | | |
| Custody for Return – PV | | | | |
| Delinquent Time | | | | |
| Backtime Credit | | | | |
| Backtime Owed | | | | |
| New Maximum – PV | | | | |
| Sentence Computation Date | 06/18/02 | | | |
| Basis for Computation | Initial | | | |
| Total Sentence | 3 - 10 YEARS | | | |
| Status | Active | | | |

## 4. DETAINERS

| Number | Date | From | Indict-Warrant Nos. | OTN | Type |
|--------|------|------|---------------------|-----|------|
| | | | | | |
| None | | | | | |

| Detainer Remarks | | | |
|---|---|---|---|
| Detainer # | Date Deleted | Remarks | (for those deleted since last DC16E) |
| 1 | 12/31/2002 | INDICT. #S: NT-250, -290, -347-00; MAGISTRATE DISTR. #41-3-03 RELEASED BY JUDGE HOWELL ON 12/31/02. | |
| 2 | 12/31/2002 | MAGISTRATE DIST. #41-3-04;  AMOUNT DUE:  $483.63 THIS IS A DUPLICATE. | |

## 5. PRIOR DOC NUMBERS

| None | | | | | | | |
|------|--|--|--|--|--|--|--|

## 6.  FINES, COSTS AND RESTITUTION AT TIME OF RECEPTION

| Date | County | Indictment | Fines | Costs | Restitution |
|------|--------|------------|-------|-------|-------------|
| 01/11/2001 | PERRY | CP253/0700 | | $176.00 | |

## 7.  ACTIONS: BOARD OF PARDONS

| Decision Date | File Number | Action | Comments |
|---------------|-------------|--------|----------|
| | | | |

Last Modified by:  kmcginnis

**EXHIBIT 5**

| DC-43 | Commonwealth of Pennsylvania | | (revised 2/00) |
|---|---|---|---|
| **Prescriptive Program Plan** | **Department of Corrections** | | |

| DC-Number: EM-5931 | Facility: SCI-ALB | Custody Level: 4 | Date of Review: 2/03 |
|---|---|---|---|

| Name: Miley, Michael | | Initiation Date: 7-03 |
|---|---|---|

**Issues to be Addressed**

| At Reception | Mental Health ( )  Vocational ( )  Academic ( )  Drug/Alcohol (X)  Assaultive ( )<br>Sexual (X)  Escape ( )  Other ( ) Explain: |
|---|---|
| This Review | Mental Health ( )  Vocational ( )  Academic ( )  Drug/Alcohol (X)  Assaultive ( )<br>Sexual (X)  Escape ( )  Other ( ) Explain: |

This plan may change over the course of your incarceration. Additional problem areas may be uncovered. Programs may be completed or additional programs indicated. This plan should be reviewed annually to account for any progress or lack of progress.

You are expected to maintain positive housing, work and school reports, and remain misconduct free.

Progress or lack of progress on the Prescriptive Program Plan will be one of the factors taken into consideration for all actions requiring staff recommendations for job changes, pre-release and parole.

| Program | Education Program Type **** | Ed Code **** | Recommend (Y/N) | Date Recommend (waiting list) | Actual Start Date | Actual Complete Date | Removed (Y/N) | Reason Removed* |
|---|---|---|---|---|---|---|---|---|
| **Work/Education** | | | | | | | | |
| Employability | | | N | | | | | |
| Academic Education | | 4 | Y | | | | | |
| Vocational Education | | | N | | | | | |
| Facility Job | | | Y | | | | | |
| | | | | | | | | |
| **Family Relationship/Self** | | | | | | | | |
| Parenting | | | N | | | | | |
| Breaking Barriers | | | N | | | | | |
| Health & Wellness | not mandatory | | Y | | | | | |
| 55 & Older Program | | | N | | | | | |
| Long Term Offender | | | N | | | | | |
| | | | | | | | | |
| **Citizenship/ Personal Responsibility** | | | | | | | | |
| Citizenship Program | | | Y | 7-02 | | | | |
| | | | | | | | | |
| **Offense Related** | | | | | | | | |
| Drug & Alcohol Education** | | | N | | | | | |
| D/A Outpatient/Treatment** | Group Therapy | | Y | 5-01 | | | | |
| D/A Therapeutic Comm.** | | | | | | | | |
| Sex Off. Program Orientation*** | | | Y | | | | | |
| Sex Off. Program Treatment*** | | | Y | | | | | |
| Anger Management | | | Y | 7-02 | | | | |
| Act 143 (Victim Awareness) | | | Y | | | 2-01 | | |
| | | | | | | | | |
| **Release Planning** | | | | | | | | |
| Formulate Parole Plan | | | Y | ongoing | | | | |
| Pay $30 Act 27 of 1995 Fee | | | | | | | | |
| Pre-release eligibility date | | | | N/A | | | | |
| **Other** | | | | | | | | |

Comments on recommendations for this rating period

Comments on progress from last rating period

| *Karla Hosu* | *omiche miley* | 2 / 03 |
|---|---|---|
| Signature of Staff | Signature of Inmate | Date of Next Review |

*Removal Codes: PA – Poor Attendance, PP – Poor Participation, MH – Mental Health Commitment, MI – Misconduct, WR – Writ, DI – Disruptive, SM – Self Removal
** D/A Programs: Assignment in conjunction with D/A Staff          ***Sex Off. Programs: Assignment in conjunction with sex offender treatment staff
****Academic – 1 – Spec. Ed, 2 – ESL, 3 – Lit, 4 – ABE, 5 – GED. Vocational – 1 – part-time, 2 – full-time, 3 – Accredited

WHITE – DC-15      YELLOW – Inmate After Progress Review          PINK – Other          GOLDENROD – Inmate When Initiated

# COMPLETED TREATMENT/EDUCATIONAL PROGRAMS

Inmate Name *Miley, Michael*          Inmate # *EM5931*

| Date Completed | Program Title |
|----------------|---------------|
| 2/28/01 | ACT /43 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

cc:     DC-14
        DC-15

**EXHIBIT 6**

## DC43 Correctional Plan for MICHAEL LEE MILEY                    **EM5931**

**Location:** D-A-2057

## Correctional Plan

| Program | | Recommended By | Recmd Date | Status |
|---|---|---|---|---|
| MFR | Misconduct Free Behavior | Webb, Karla Jean | 01/09/2004 | Pending Program |
| PSTHR | Positive Housing Reports | Webb, Karla Jean | 01/09/2004 | Pending Program |
| PWR | Positive Work Reports | Webb, Karla Jean | 01/09/2004 | Pending Program |
| A86 | Act 86 | Webb, Karla Jean | 01/09/2004 | Pending Program |
| CR | COR | Webb, Karla Jean | 01/09/2004 | Pending Program |
| SCOR | Sex Offender Core | Webb, Karla Jean | 01/09/2004 | Pending Program |
| SMAIN | Sex Offender Maintenance | Webb, Karla Jean | 01/09/2004 | Pending Program |
| ABE | Adult Basic Education | Webb, Karla Jean | 01/09/2004 | Pending Program |

Completed Intermediate SOP on 2-18-04 KW

Karla Webb _____ 1-9-04 _____ mehe smiley _____ 01-9-04
Staff                Date                Inmate               Date

Page 1                                                      01/09/04

# COMPLETED TREATMENT/EDUCATIONAL PROGRAMS

Inmate Name *Miley, Michael*          Inmate # *EM5931*

| Date Completed | Program Title |
|---|---|
| 2/28/01 | ACT 143 |
| 2-11-03 | Citizenship |
| 1-28-03 | Intro SOP |
| 3-26-03 | AOD Group Therapy |
| 2-18-04 | Intermediate SOP |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

cc:     DC-14
        DC-15

**EXHIBIT 7**



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

### NOTICE OF BOARD DECISION

NAME: MICHAEL LEE MILEY                          PAROLE NO:   987BV
INSTITUTION:  SCI - ALBION                        INSTITUTION NO:   EM5931

AS RECORDED ON APRIL 04, 2003 THE BOARD OF PROBATION AND PAROLE RENDERED
THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING
CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS
AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE
EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST
INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE
INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED.
THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME. THE REASONS FOR THE
BOARD'S DECISION INCLUDE THE FOLLOWING:

YOUR VERSION OF THE NATURE AND CIRCUMSTANCES OF THE OFFENSE(S) COMMITTED.

YOUR REFUSAL TO ACCEPT RESPONSIBILITY FOR THE OFFENSE(S) COMMITTED.

YOUR LACK OF REMORSE FOR THE OFFENSE(S) COMMITTED.

THE RECOMMENDATION MADE BY THE DEPARTMENT OF CORRECTIONS.

REPORTS, EVALUATIONS AND ASSESSMENTS CONCERNING YOUR PHYSICAL, MENTAL AND
BEHAVIOR CONDITION AND HISTORY.

YOUR NEED TO PARTICIPATE IN AND COMPLETE ADDITIONAL INSTITUTIONAL PROGRAMS.

YOUR INTERVIEW WITH THE HEARING EXAMINER AND/OR BOARD MEMBER.

(CONTINUE ON PAGE 2)

FILE COPY



PAROLE NO: 987BV

(CONTINUED FROM PAGE 1)

YOU WILL BE REVIEWED IN OR AFTER MARCH, 2005.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR:
SEX OFFENDERS.

WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE
DEPARTMENT OF CORRECTIONS.

WHETHER YOU HAVE RECEIVED A CLEAR CONDUCT RECORD AND COMPLETED THE DEPARTMENT
OF CORRECTIONS' PRESCRIPTIVE PROGRAM(S).

*SLS 04-04-2003*

FILE COPY

Kathleen Zwierzyna
Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2

**EXHIBIT 8**



# COMMONWEALTH OF PENNSYLVANIA
# BOARD OF PROBATION AND PAROLE
1101 S. Front Street
Harrisburg, Pa. 17104 - 2519

## NOTICE OF BOARD DECISION

NAME: MICHAEL LEE MILEY             PAROLE NO:   987BV
INSTITUTION:   SCI - ALBION             INSTITUTION NO:   EM5931

AS RECORDED ON MARCH 22, 2005 THE BOARD OF PROBATION AND PAROLE RENDERED THE FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW WITH YOU AND A REVIEW OF YOUR FILE, AND HAVING CONSIDERED ALL MATTERS REQUIRED PURSUANT TO THE PAROLE ACT OF 1941, AS AMENDED, 61 P.S. § 331.1 ET SEQ., THE BOARD OF PROBATION AND PAROLE, IN THE EXERCISE OF ITS DISCRETION, HAS DETERMINED AT THIS TIME THAT: YOUR BEST INTERESTS DO NOT JUSTIFY OR REQUIRE YOU BEING PAROLED/REPAROLED; AND, THE INTERESTS OF THE COMMONWEALTH WILL BE INJURED IF YOU WERE PAROLED/REPAROLED. THEREFORE, YOU ARE REFUSED PAROLE/REPAROLE AT THIS TIME.THE REASONS FOR THE BOARD'S DECISION INCLUDE THE FOLLOWING:

YOUR VERSION OF THE NATURE AND CIRCUMSTANCES OF THE OFFENSE(S) COMMITTED.

YOUR NEED TO PARTICIPATE IN AND COMPLETE ADDITIONAL INSTITUTIONAL PROGRAMS.

YOUR INTERVIEW WITH THE HEARING EXAMINER AND/OR BOARD MEMBER.

YOU WILL BE REVIEWED IN OR AFTER MARCH, 2006.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:

WHETHER YOU HAVE PARTICIPATED IN/SUCCESSFULLY COMPLETED A TREATMENT PROGRAM FOR:  SEX OFFENDERS.

WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE

(CONTINUE ON PAGE 2)

FILE COPY

PAROLE NO:  987BV

(CONTINUED FROM PAGE 1)
DEPARTMENT OF CORRECTIONS.

SLS  03/22/2005

FILE COPY

Lawrence F. Murray

Lawrence F. Murray
Board Secretary

Notice of Board Decision
PBPP 15(08/02) 2 of 2