IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL S. MILEY, <br> a/k/a MICHAEL S. MILLER, <br>                     Plaintiff, <br><br>               vs. <br><br> KARLA WEBB, Counselor; <br> BENJAMIN MARTINEZ, Chairman; <br> and PENNSYLVANIA BOARD OF <br> PAROLE AND PROBATION, <br><br>                     Defendants. | No. 04-365 Erie <br> Judge McLaughlin <br> Magistrate Judge Baxter |

## **ORDER**

      AND NOW, this _____ day of _____, 2005, upon consideration of the Defendants' Motion for Enlargement of Time heretofore filed, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and the Complaint filed in the above-captioned matter is **HEREBY DISMISSED**.

                                                      BY THE COURT:

                                                      Susan Paradise Baxter, M.J.

cc:    Michael Miley, EM-5931

        Scott A. Bradley, SDAG