IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL S. MILEY,                          }
a/k/a MICHAEL S. MILLER,                    }
                          Plaintiff,        }
                                            }    No. 04-365 Erie
              vs.                           }    Judge McLaughlin
                                            }    Magistrate Judge Baxter
KARLA WEBB, Counselor;                      }
BENJAMIN MARTINEZ, Chairman;                }
and PENNSYLVANIA BOARD OF                   }
PAROLE AND PROBATION,                       }
                                            }
                          Defendants.       }

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2005, upon consideration of the

Defendants' Motion for Summary Judgment heretofore filed, **IT IS HEREBY ORDERED** that

said Motion is **GRANTED**.  **JUDGMENT** is **HEREBY** entered in favor of the Defendants,

Webb, Martinez and the Pennsylvania Board of Parole and Probation, and against the Plaintiff,

Michael Miley.


BY THE COURT:


_____
Susan Paradise Baxter, M.J.


cc:    Michael Miley, EM-5931

       Scott A. Bradley, SDAG