CA 04-365 E

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 00500434 - JD
         July 12, 2005


  Code    Case #     Qty      Amount

  1ST CIVI 04-44e ca
  2ND CIVI 03-389e ca          2.88 CH
  1ST CIVI-04-365e ca           8.80 CH
                              12.35 CH


  TOTAL→                       24.03


  FROM: SCI ALBION
        L JEFFERSON
        B BARNES
        M MILEY
```