CA04-365 Erie

Receipt # 05-498

$2.62

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    #  00500498  -  NK
    August 24, 2005


Code     Case #     Qty      Amount

1ST CIVI 03-136e ca            3.60 CH
1ST CIVI 04-44e  ca            2.00 CH
2ND CIVI 03-389e ca  ✓         2.62 CH
1ST CIVI 04-365e ca           12.94 CH
1ST CIVI 03-363e ca            6.49 CH


TOTAL→                        27.65


FROM: SCI ALBION
      FORD, JEFFERSON, BARNES, MILEY
```