```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

    # 00500534  -  AM  am
       September 21, 2005


    Code    Case #    Qty      Amount

    1ST CIVI 04-365 E           12.94 CH


    TOTAL→                      12.94


    FROM: SCI ALBION/MICHAEL MILEY
          INMATE GENERAL WELFARE FUND
          10745 ROUTE 18
          ALBION, PA 16475-0001
```

CA
04-365E
Part Pay