UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000052 - DM  *dm*
October 28, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| 1ST CIVI | 04-44E | | 3.02 CH |
| 1ST CIVI | 03-363E | | 6.07 CH |
| 1ST CIVI | 05-112E | | 3.03 CH |
| 1ST CIVI | 04-365E | | 12.94 CH |

TOTAL→   25.06

FROM: SCI ALBION FOR
   JEFFERSON, BARNES, MILEY

*rcpt # 06-52*
*CA 04-365 Miley*
*$12.94*

SCANNED