CA 04-365 E
part pay
receipt # 06-93

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

    # 06000093 - DM
    November 17, 2005

 Code    Case #    Qty    Amount

1ST CIVI 04-44 Erie         3.02 CH
APPEAL D 05-1789 ca        10.42 CH
1ST CIVI 03-363             6.07 CH
1ST CIVI 05-112             3.03 CH
1ST CIVI 04-365            13.04 CH


TOTAL→                     35.58


FROM: SCI ALBION - LEONARD JEFFERSON
      ANTHONY DEFRANCO
      BENNIE BARNES
      MICHAEL WILEY
```