CA 04-365 E
partial payment
Receipt # 06-138

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

   # 06000138  -  DM  dm
     December 14, 2005

 Code    Case #    Qty     Amount

 2ND CIVI  04-44  E           2.88 CH
 APPEAL O  04-230 E          10.58 CH
 1ST CIVI  02-279 E          10.00 CH
 1ST CIVI  05-112             2.70 CH
(2ND CIVI  04-365            12.75 CH)
 1ST CIVI  03-363             5.50 CH


 TOTAL→                      54.71


 FROM: SCI ALBION-LEONARD JEFFERSON
       ANTHONY DEFRANCO, ABUBATA
       HAQQ, BENNIE BARNES, MICHEL
       RILEY
```