CA 04-365 E
part pay
receipt # 06-183

```
    UNITED STATES
    DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
       ERIE Division

 # 06000183 - DM
 January 25, 2006


 Code   Case #   Qty    Amount

2ND CIVI 04-44 E         2.88 CH
APPEAL D 04-230 E       10.08 CH
1ST CIVI 03-363 E        6.07 CH
1ST CIVI 05-112 E        3.04 CH
2ND CIVI 04-365 E       13.34 CH


 TOTAL→              35.41



FROM: SCI ALBION FOR
      LEONARD JEFFERSON, ANTHONY
      DEFRANCO, GENNIE BARNES,
      MICHAEL MILEY
```