CA 04-365
part pay
receipt # 06-212

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE DIVISION

       # 66000212 - SF
        February 9, 2006

  Code    Case #              Amount

  1ST CIVI 04-44E              5.42 CH
  APPEAL D 04-230E            14.05 CH
  1ST CIVI 03-263E             5.34 CH
  1ST CIVI 05-172              5.00 CH
  1ST CIVI 04-365E            15.77 CH

  TOTAL -                     36.58
```