```
              UNITED STATES
              DISTRICT COURT
          WESTERN DISTRICT OF PENNSYLVANIA
                 ERIE Division

          # 06000262  -  DM
             March 16, 2006


    Code    Case #    Qty       Amount

    APPEAL D 05-1789 E            10.33 CH
    1ST CIVI 02-279  E            35.00 CH
    1ST CIVI 03-363  E             5.52 CH
    1ST CIVI 05-112  E             2.76 CH
   (1ST CIVI 04-365  E             8.81 CH)

    TOTAL→                        62.42


    FROM: SCI ALBION:  ANTHONY DEFRANCO
                       ABUBATA HRQQ
                       BENNIE BARNES (2)
                       MICHAEL KILEY
```

Part pay
filing fee
# 06-262
CA 04-365
$ 8.81