```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 06000324 - SP
        April 27, 2006

  Code    Case #    Qty    Amount

  1ST CIVI CA-04-44E         2.73 CH
  FIRSTAPP CA-04-230E        9.57 CH
  1ST CIVI CA-02-279E        3.48 CH
  1ST CIVI CA-03-363E        5.52 CH
  1ST CIVI CA-04-365E        6.27 CH


  TOTAL →                   27.55


  FROM: JEFFERSON, DEFFANCO, HAGG,
        BARNES, RILEY
```

CA 04-365 E
part pay
receipt # 0600032

$6.27