```
        UNITED STATES
        DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 06000343  -  SP
           May 15, 2006


   Code    Case #    Qty      Amount

   1ST CIVI 04-44E              3.17 CH
   FIRSTAPP 04-230E            10.25 CH
   1ST CIVI 02-279E            40.00 CH
   1ST CIVI 03-363E             6.07 CH
   1ST CIVI 05-112E             3.03 CH
   1ST CIVI 04-365E             6.19 CH


   TOTAL→                      68.71


   FROM: SCI ALBION FOR JEFFERSON,
         DEFRANCO, HAQQ, BARNES, WILEY
```

CA 04-365 E
part pay CCFF
receipt # 06000343
$6.19